IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 95-CR-0190-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO PORTILLO,

    Defendant.

---

ORDER EXONERATING BOND

---

As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED: August 19, 2009.

BY THE COURT:

By: /s/ Zita L. Weinshienk
Zita L. Weinshienk
Senior United States District Judge